ACCEPTED
03-15-00273-CR
8361179
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/23/2015 1:21:22 PM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/23/2015 1:21:22 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **CHRISTOPHER TREMANE SAUNDERS,** | § § § | |
| **Appellant** | § | |
| | § | **CAUSE NO. 03-15-00273-CR** |
| **V.** | § | **TRIAL COURT NO. 68919** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

**NOW COMES** CHRISTOPHER TREMANE SAUNDERS, Appellant in the above styled and numbered cause, by and through Counsel, and moves this Court to grant an extension of time to file appellant's brief, pursuant to **Rule 38.6(d)** of the **Texas Rules of Appellate Procedure**, and for good cause shows the following:

1. This case is on appeal from the 27th District Court in Bell County, Texas.

2. The case below is styled *The State of Texas v. Christopher Tremane Saunders* and numbered 68919.

3. Appellant was convicted of injury to a child, elderly or disabled individual. Appellant was assessed a sentence of six (6) year's incarceration

1

in the Institutional Division of the Texas Department of Criminal Justice on April 30, 2015.

4. Notice of appeal was given on April 30, 2015.

5. The Clerk's and Reporter's records were filed on June 30, 2015 and November 24, 2015, respectively.

6. The Appellant's brief is presently due on December 24, 2015.

7. Appellant requests an extension of time to file Appellant's brief of 30 days from December 24 date until January 24, 2016.

8. No previous requests for extension to file the brief have been filed in this cause.

9. Defendant is currently incarcerated.

Appellant relies on the following facts as good cause for the requested extension: Besides Counsel's normal workload, on December 14, 2015, Counsel for appellant completed and filed a brief in a non-death penalty capital case, to-wit: **_Boswell v. State_**, No. 03-15-00540-CR. The reporter's record in that case consisted of 12 volumes covering, with various pre-trial hearings, a week-long trial. Immediately following that, Counsel was out of her office for approximately 4 working days including over-night stays in connection with other legal matters. Finally, Counsel had planned vacation time during the Christmas holidays from the 23rd of December until the 4th of

January, 2016.   The undersigned, therefore, would request an additional 30 days from December 24, 2015, to review the record and to perform the necessary legal research for preparation of the brief herein.

WHEREFORE, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX 78613
Mobil/Text:  512.897.8126
Fax:  512-215-8114
Email:  ecopeland63@yahoo.com
By:    /s/  Erika Copeland
        Erika Copeland
        State Bar No. 16075250
        Attorney for Appellant

## CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH RULE 9

This is to certify that on December 22, 2015, a true and correct copy of the above and foregoing document was served on Henry L. Garza, District Attorney, Attn:  Bob Odom, Appellate Division, PO Box 324, Belton, TX 76513-0324, and that this Motion to Extend Time to File Appellant's Brief is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 541 words. A conference with opposing counsel was held on December 23, 2015, and opposing party does not oppose said motion.

/s/  Erika Copeland
        Erika Copeland

3